IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENNETH A. ROUNSAVALL                                                                           PLAINTIFF

vs.                                            Civil No. 1:09-cv-1049

MICHAEL J. ASTRUE                                                                                DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed December 22, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8).  Judge Bryant recommends that this case be AFFIRMED, because the decision of the administrative law judge, denying benefits to Plaintiff, is supported by substantial evidence.  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The decision of the administrative law judge is AFFIRMED.

**IT IS SO ORDERED**, this 12th day of January, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge